[No. 12968-3-III.    Division Three.    March 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
FELICIANO TAPIA-BANDA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01723-2, Michael W. Leavitt, J., entered December 17, 1992. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.

[Nos. 12983-7-III; 13169-6-III.    Division Three.    March 23, 1995.]

GEORGE SUTHERLAND, ET AL, *Appellants*, v. BLUE CHELAN,
INC., *Respondent*.

Appeals from judgments of the Superior Court for Chelan County, No. 91-2-00018-7, John E. Bridges, J., entered December 11, 1992 and March 12, 1993. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Thompson, C.J., and Munson, J.

[No. 34445-5-I.    Division One.    March 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE
WILLIAMS JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-06597-5, J. Kathleen Learned, J., entered April 5, 1994. *Affirmed* by unpublished per curiam opinion.